

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2020

No. 04-19-00815-CR

Chace **WILKINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6087
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was due on March 6, 2020. After we granted the Kendall County District Clerk's first motion for extension of time to file the clerk's record, the record was due on April 6, 2020. *See* TEX. R. APP. P. 35.3(c). After the extended due date, the district clerk filed a second request for an extension of time to file the record until May 6, 2020.

The clerk's request is GRANTED. The clerk's record is due to be filed with this court by May 6, 2020. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court